UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
        v.                         )        Criminal Action No. 04-258 (RMC)
                                   )
CURTIS A. ENNIS                    )
                                   )        **FILED**
        Defendant.                 )
                                   )        APR 1 2 2012
_____)
                                            Clerk, U.S. District and
                                            Bankruptcy Courts

ORDER

The Court adopts the Report and Recommendation issued by Magistrate Judge John

M. Facciola on April 4, 2012. It is hereby

ORDERED that Defendant's supervised release is REVOKED; and it is

FURTHER ORDERED Defendant is sentenced to 90 days imprisonment.

SO ORDERED.

Date: April 11, 2012

ROSEMARY M. COLLYER
United States District Judge